# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL

NO.   2019 CW 0533

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL

**SEPTEMBER 18, 2019**

---

In Re:    Gustave J. Labarre, Jr., et al., applying for rehearing, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE:    GUIDRY, WELCH, AND THERIOT, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JMG**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT